Appeal Ordered Withdrawn and Opinion issued July 11, 2000





In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-99-01450-CR
## No. 05-99-01451-CR

### ROBERT DAVID CLINGER, Appellant

### V.

### STATE OF TEXAS, Appellee

**On Appeal from the County Criminal Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. MA96-58303-A & MB99-45440-A**

## OPINION PER CURIAM

Before Chief Justice Thomas and Justices Kinkeade and O'Neill

Appellant has filed a motion to withdraw the appeal. Appellant's counsel has approved the motion.

This Court hereby **GRANTS** the motion and **ORDERS** the appeal withdrawn and that this decision be certified below for observance. See TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47

Case Number: 05-99-01450-CR   Date Filed: 08/31/1999

Style:  Clinger, Robert David
v.
The State of Texas

Trial Judge:          Clancy, Danny
Trial Court Reporter:       Benton, Robin
Trial Court:          COUNTY CRIMINAL COURT NO 1  Trial County:       DALLAS

APP   Kalen Donnelly
ATT 005982555
900 Jackson, ste 600
Dallas, Tx 75219
Phone 214/522-0003   / -
Fax 214/712-5664

STA   William T. (Bill) Hill, Jr.
ATT 009669000
ATTN: APPELLATE SECTION
Frank Crowley Courts Bldg., 10th FL
133 N. Industrial Blvd. LB 19
Dallas, TX 75207
Phone 214/653-3845
Fax